## WHITLOCK'S CASE.

*New York Common Pleas ; In Chambers, February,* 1855.

EXAMINATION OF JUDGMENT DEBTOR.—REQUISITES OF AFFIDAVIT.

When it will be presumed that a judgment was for twenty-five dollars, exclusive of costs.

Order for the examination of a judgment debtor.

The affidavit on which the order had been obtained, stated, that a judgment was recovered against the judgment debtor sought to be examined, in the First District Court of the city of New York, for $33 12; and that another judgment was recovered against him by the same plaintiff, in the Marine Court, for $511 56. It did not state in terms that these judgments were for twenty-five dollars, exclusive of costs.

*S. Jones,* for the judgment debtor, objected that the affidavit was insufficient to support an order for examination, inasmuch as it did not show that the judgments were for $25, exclusive of costs.

*B. V. Abbott,* contended that this was sufficiently shown.

DALY, J.—(Orally).—In the Marine Court, by the act of 1852, the plaintiff can recover no costs, unless he recover fifty dollars. The amount of the judgment as stated in the affidavit, is five hundred and eleven dollars. It *must* be for twenty-five dollars, exclusive of costs, because the plaintiff could have recovered no costs unless he recovered at least fifty dollars. The allegation that that judgment is for twenty-five dollars, exclusive of costs, was therefore unnecessary in the affidavit.

In the District Court, the costs are limited to five dollars. Here the amount of the judgment is stated to be thirty-three dollars and upwards, so that it *must* have been for twenty-five dollars, exclusive of costs.

The examination proceeded.